# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2008
_____

SARAH HERNANDEZ and ADRIANA NOVOA,

    Appellants,

    v.

BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM OF FLORIDA, DANIEL PEREZ in his official capacity as Speaker of the Florida House of Representatives, BEN ALBRITTON, in his official capacity as President of the Florida Senate, and STEVEN J. WILLIS,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 8, 2026

PER CURIAM.

AFFIRMED. *See Martinez v. Scanlan*, 582 So. 2d 1167, 1170 (Fla. 1991) (citations omitted) ("[A]lthough a court may entertain a declaratory action regarding a statute's validity, there must be a

bona fide need for such a declaration based on present, ascertainable facts or the court lacks jurisdiction to render declaratory relief."); *DeSantis v. Florida Educ. Ass'n*, 306 So. 3d 1202, 1213 (Fla. 1st DCA 2020) (quoting *Equity Res., Inc. v. County of Leon*, 653 So. 2d 1112, 1117 (Fla. 1st DCA 1994)) ("To establish standing to sue, a plaintiff must have a 'legitimate or sufficient interest at stake in the controversy that will be affected by the outcome of the litigation.'").

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary S. Edinger of Benjamin, Aaronson, Edinger, & Patanzo, P.A., Gainesville, for Appellants.

James Uthmeier, Attorney General, Anita J. Patel, Special Counsel, Emily J. Witthoeft, Assistant Attorney General, and Jeffrey Paul DeSousa, Acting Solicitor General, Tallahassee; Jason J. Muehlhoff, Chief Deputy Solicitor General, and Christopher J. Baum, Senior Deputy Solicitor General, Miami, for Appellee, Board of Governors of the State University System of Florida.